# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CLEVELAND CLINIC WESTON HOSPITAL NONPROFIT CORPORATION,**
Appellant,

v.

**JANE DOE** and **JOHN DOE,**
Appellees.

No. 4D2023-0765

[December 14, 2023]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE21-009871.

Thomas G. Aubin, Matthew Podolnick and Amanda Spencer of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Fort Lauderdale, for appellant.

John J. Uustal and Sean H. Parys of Kelley | Uustal, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***